# IN THE SUPREME COURT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASSIGNMENT OF JUDGE BRIAN McLAUGHLIN OF THE COURT OF COMMON PLEAS OF THE FIRST JUDICIAL DISTRICT OF PENNSYLVANIA TO A DIVISION OF SAID COURT | : No. 377 Common Pleas Judicial<br>: Classification Docket<br>:<br>:<br>:<br>: |

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of October, 2022, upon consideration of the Petition of the Honorable Idee C. Fox, President Judge of the Court of Common Pleas of the First Judicial District of Pennsylvania, for the permanent assignment of the Honorable Brian McLaughlin to the Family Division of the Court of Common Pleas of the First Judicial District of Pennsylvania, said Petition is **GRANTED** and the requested assignment is approved.